UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 3, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MOHAMMAD NWAZ KHAN, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-mj-00108 KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Mohammad Nwaz Khan</u>; Case <u>2:12-mj-00108 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    <u>X</u>   Unsecured Appearance Bond in the amount of $200,000.00, co-signed by Riaz Khan, Fayaz Khan and Asad Khan

    \_\_   Appearance Bond with 10% Deposit

    <u>X</u>   (Other) <u>Pretrial Supervision/Conditions; **Defendant to be released on 5/4/2012 at 2:00 PM**, conditional upon personally identifying information of the sureties being provided to the government and pretrial services to determined their appropriateness as sureties.</u>

Issued at <u>Sacramento, CA</u> on <u>5/3/2012</u> at 3:30 p.m..

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge